AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☒ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
05/18/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
5/18/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DC_____ DEPUTY

UNITED STATES OF AMERICA,

v.

JOEY IXTA,

Defendant.

Case No. 5:22-mj-00304

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 16, 2022, in the County of Riverside in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from the Custody of the Attorney General |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

Deputy United States Marshal Matthew Cordova
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 18, 2022

*Judge's signature*

City and state: Riverside, California

Hon. Shashi H. Kewalramani, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ryan Mansell (951-368-1474)

**AFFIDAVIT**

I, Matthew Cordova, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS") and I have been so employed since April 21, 2010. I am currently assigned to the USMS Riverside Sub-Office in the Central District of California.

2. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Joey IXTA ("IXTA"), for a violation of 18 U.S.C. § 751(a) (Escape from the Custody of the Attorney General).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement reports, personnel, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.   STATEMENT OF PROBABLE CAUSE

4. I have reviewed records from the Behavioral Systems Southwest Rubidoux ("BSS Rubidoux"), located at 3263 Rubidoux Blvd., Rubidoux, California 925009, and learned the following:

   a. On May 16, 2022, IXTA, who was a federal prisoner at the BSS Rubidoux, was not present at approximately 11:30 p.m. when staff conducted a head count of the facility.  At 11:53 that same day, a fire drill was performed, and staff confirmed that inmate IXTA was not at the facility.  According to staff, inmate IXTA was last seen at the facility earlier that evening during a previous head count at 9:50 p.m.  IXTA has not been seen at the BSS Rubidoux since that day and time, and his current whereabouts remain unknown.  IXTA was placed on Escape Status.

  5. I also reviewed court records and learned the following:

   a. On September 1, 2021, IXTA's term of supervised release was revoked, and he was committed to the United States Bureau of Prisons for 13 months.  The sentence was imposed by the Honorable Otis D. Wright II, United States District Judge, in *United States v. Joey Ixta*, ED CR No. 17-00272-ODW.  IXTA was serving that sentence at the time of his escape from BSS Rubidoux.  IXTA was scheduled to be released from the BSS Rubidoux on September 20, 2022, via Good Conduct Time Release.

///
///
///

### III. CONCLUSION

6.  For the reasons described above, there is probable cause to believe that IXTA has violated 18 U.S.C. § 751(a), Escape from the Custody of the Attorney General.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 18th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE